# United States Court of Appeals
## For the First Circuit

No. 15-2158

CHEN QIN,

Petitioner,

v.

LORETTA E. LYNCH,
Attorney General of the United States,

Respondent.

**ERRATA SHEET**

The opinion of this Court issued on August 10, 2016, is amended as follows:

On the cover sheet, ", on brief for respondent" is added after "Assistant Director".

On page 9, note 2, at line 6, "Ling" is replaced with "Lin".